No. 425. POWERS ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. October 23, 1944. Petition for writ of certiorari

760

to the United States Emergency Court of Appeals denied. *Mr. Eliot C. Lovett* for petitioners. *Solicitor General Fahy* and *Mr. Richard H. Field* for respondent.